1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHIAO LEE (CABN 257413)
   Assistant United States Attorney

5       450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6924
7       FAX: (415) 436-7234
        shiao.lee@usdoj.gov

8  Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )  No.  CR 17-181 SI
14                                       )
            Plaintiff,                   )
15                                       )  [PROPOSED] ORDER OF DETENTION
        v.                               )
16                                       )
   DENNIS SHOLLER,                       )
17                                       )
            Defendant.                   )
18  _____ )

19
20       The parties appeared before the Honorable Joseph C. Spero on April 18, 2017, for a detention

21  hearing.  The defendant was present and represented by defense counsel Candis Mitchell.  The

22  government was represented by Assistant United States Attorney Shiao Lee.  The government moved

23  for detention, submitting that no condition or combination of conditions of release would reasonably

24  assure the appearance of the defendant or the safety of the community and any person, including the

25  defendant himself.

26       The Court has considered the parties' proffers during the hearing, the defendant's past conduct

27  and criminal record, the facts of the instant case, and the factors set forth in 18 U.S.C. § 3142(g).  For

28  the reasons stated on the record at the hearing, the Court finds that no condition or combination of

conditions will reasonably assure the defendant's appearance or the safety of the community if the defendant were released. In particular, the Court takes note of the defendant's prior conviction from 1982 for Indecency with a Child, and the fact that the current case involving the attempted enticement of a minor, in violation of 18 U.S.C. § 2422(b), echoes the defendant's prior conviction and evidences the threat and danger this defendant poses to children. The Court takes note of the defendant's unexplained failure to register as a sex offender in California, even though his prior conviction from the state of Texas requires him to life-time sex offender registration. Moreover, the defendant continues to face pending state charges in San Francisco Superior Court based on the same conduct underlying the instant matter.

The Court therefore orders the defendant detained pending further proceedings in this matter. The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a correctional facility. The defendant must be afforded a reasonable opportunity to consult privately with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED.

DATED:  April 18, 2017

_____
HON. JOSEPH C. SPERO
Chief United States Magistrate Judge